UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| ROBERT MASON, | |
| Plaintiff, | Case No. 3:18-cv-01452 |
| v. | Honorable Judge J. Phil Gilbert |
| OCWEN LOAN SERVICING, LLC, | |
| Defendant. | |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that ROBERT MASON ("Plaintiff"), hereby notifies the Court that Plaintiff and OCWEN LOAN SERVICING, LLC ("Defendant"), have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 12th day of April 2019.

        Respectfully submitted,

        *s/ Majdi Y. Hijazin*
        Majdi Y. Hijazin, *Of Counsel*
        Sulaiman Law Group, Ltd.
        2500 S. Highland Ave., Ste. 200
        Lombard, IL 60148
        Phone: (630) 575-8181
        mhijazin@hijazinlaw.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

<u>*s/ Majdi Y. Hijazin*</u><br>
Majdi Y. Hijazin