UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| ROBERT MASON,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendant. | Case No. 3:18-cv-01452-JPG-RJD<br><br>Honorable Judge J. Phil Gilbert |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, ROBERT MASON, and the Defendant, OCWEN LOAN SERVICING, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 16, 2019                                     Respectfully Submitted,

**ROBERT MASON**                                     **OCWEN LOAN SERVICING, LLC**

*/s/ Majdi Y. Hijazin*                                     */s/ Jennifer W. Weller (with consent)*
Majdi Y. Hijazin, *Of Counsel*                    Jennifer W. Weller
*Counsel for Plaintiff*                                   *Counsel for Ocwen Loan Servicing, LLC*
Sulaiman Law Group, Ltd.                         Hinshaw & Culbertson, LLP
2500 S. Highland Ave., Ste. 200                151 North Franklin Street, Suite 2500
Lombard, Illinois 60148                             Chicago, IL 60606
Phone: (630) 575-8181                              Phone: (312) 704-3000
mhijazin@hijazinlaw.com                          jweller@hinshawlaw.com