IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT MASON,

Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

Defendant.

Case No. 18-cv-1452 JPG/RJD

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: May 20, 2019**         **MARGARET M. ROBERTIE, Clerk of Court**

                                                 *s/ Tina Gray*
                                                 **Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**